Christopher Lee **CYR, Petitioner–Appellant,**

v.

**VARE, Warden; Attorney General for the State of Nevada, Respondents–Appellees.**

**No. 08–16622.**

United States Court of Appeals, Ninth Circuit.

June 11, 2010.

Christopher Lee Cyr, pro se.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### ORDER

Nevada state prisoner Christopher Lee Cyr appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition for failure to comply with the court's order.

Because Cyr challenges the final order in a habeas proceeding, a certificate of appealability is required before an appeal may be taken. *See* 28 U.S.C. § 2253(c). We construe Cyr's notice of appeal as a request for a certificate of appealability on the issue of whether the district court properly dismissed his habeas petition for failure to follow the court's order. So construed, the motion is denied. *See* 9th Cir. R. 22–1(d); *see also Slack v. McDaniel,* 529 U.S. 473, 484–85, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).